ATTACHMENTS

Mr. Manley's request to the warden for compassionate release and relevant medical documents.

TRULINCS 57026019 - MANLEY, STEWART LOVELL - Unit: SEA-C-A

----------------------------------------------------------------------------------------------------

FROM: 57026019 MANLEY, STEWART LOVELL
TO: Warden
SUBJECT: ***Request to Staff*** MANLEY, STEWART, Reg# 57026019, SEA-C-A
DATE: 01/07/2020 03:22 PM

To: Warden Zook
Inmate Work Assignment: BLDG7TORD

I would like to submit a request for compassionate release under 18 U.S.C. Section 3582(c). I have age-related dementia, difficulty with memory loss, have difficulty speaking, and I have difficulty moving around. These symptoms make it difficult for me to accomplish many day-to-day tasks.
For release plans, I would like to obtain Social Security retirement funds and use these to fund my stay at a long-term care facility appropriate for persons with my conditions, such as a retirement home. I am otherwise homeless.

For information purposes, I was assisted in completing this request by another inmate acting at my behest.

Thank you.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANLEY, STEWART LOVELL | | Reg #: | 57026-019 |
| Date of Birth: | 02/21/1942 | Sex: M  Race: WHITE | Facility: | SEA |
| Encounter Date: | 12/17/2019 10:10 | Provider: Bandas, K. FNP-C | Unit: | C01 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Bandas, K. FNP-C

**Chief Complaint:** Other Problem
**Subjective:** Inmate returned for local hospital, due to a fever. He denies any complains at this time. He is alert and oriented times 2, was ==unable to state the correct date.==
**Pain:** No

**OBJECTIVE:**

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 12/17/2019 | 10:09 | SEA | 75 | | | Bandas, K. FNP-C |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 12/17/2019 | 10:09 | SEA | 12 | Bandas, K. FNP-C |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 12/17/2019 | 10:09 | SEA | 132/76 | | | | Bandas, K. FNP-C |

**SaO2:**

| Date | Time | | Value(%) | Air | Provider |
|---|---|---|---|---|---|
| 12/17/2019 | 10:09 | SEA | 97 | | Bandas, K. FNP-C |

**Exam:**
**General**
   **Appearance**
      Yes: Alert & Oriented to Person, Alert & Oriented to Place
**Skin**
   **General**
      Yes: Dry
**Eyes**
   **General**
      Yes: PERRLA
**Pulmonary**
   **Observation/Inspection**
      Yes: Within Normal Limits
   **Auscultation**
      Yes: Clear to Auscultation
**Cardiovascular**
   **Auscultation**
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

| | | |
|---|---|---|
| Inmate Name: MANLEY, STEWART LOVELL | Sex: M   Race: WHITE | Reg #: 57026-019 |
| Date of Birth: 02/21/1942 | Provider: Bandas, K. FNP-C | Facility: SEA |
| Encounter Date: 12/17/2019 10:10 | | Unit: C01 |

**Exam Comments**

Cipro already prescribed for continued care from local hospital. Inmate not currently in acute distress, denies any medical needs at this time.

**ASSESSMENT:**

Mild Neurocognitive Disorder Due To Alzheimer's Disease, G31.84*d - Current

Psoriasis NOS, 696.1 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/17/2019 | Counseling | Compliance - Treatment | Bandas, K. | Needs Reinforcement |

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bandas, K. FNP-C on 12/17/2019 10:17

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANLEY, STEWART LOVELL | | | Reg #: | 57026-019 |
| Date of Birth: | 02/21/1942 | Sex: M | Race: WHITE | Facility: | SEA |
| Note Date: | 12/10/2019 12:43 | Provider: | Bandas, K. FNP-C | Unit: | C01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**     **Provider:** Bandas, K. FNP-C

    Emergency medical trip, needs consultation orders

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 12/10/2019 | 12/10/2019 | Emergent | No | |

   **Subtype:**
     Emergency Room
   **Reason for Request:**
     Inmate was in his bunk and seemed to be disoriented and unable o answer questions. Sent to local hospital for further evaluation

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Bandas, K. FNP-C on 12/10/2019 12:47

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANLEY, STEWART LOVELL | | Reg #: | 57026-019 |
| Date of Birth: | 02/21/1942 | Sex: M  Race: WHITE | Facility: | SEA |
| Encounter Date: | 10/16/2019 07:46 | Provider: Bandas, K. FNP-C | Unit: | C01 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Bandas, K. FNP-C

**Chief Complaint:** Other Problem

**Subjective:** Inmate returned from local hospital after syncope episode. CT scan of the head showed chronic ischemic changes and moderate volume atrophy without acute stroke. Inmate has a EF of 55-60%, mild LVH and mild diastolic dysfunction. He was started on Metoprolol due to frequent PVCs and B12 replacement due to a low B12.

**Pain:** No

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/16/2019 | 07:46 SEA | 80 | | | Bandas, K. FNP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/16/2019 | 07:46 SEA | 13 | Bandas, K. FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/16/2019 | 07:46 SEA | 115/60 | | | | Bandas, K. FNP-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/16/2019 | 07:46 SEA | 96 | | Bandas, K. FNP-C |

**Exam:**
  **Pulmonary**
    Observation/Inspection
      Yes: Within Normal Limits
    Auscultation
      Yes: Clear to Auscultation
  **Cardiovascular**
    Auscultation
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Exam Comments**
  Will prescribe medications as recommended by local hospital.

**ASSESSMENT:**

Syncope and collapse, R55 - Remission

**PLAN:**

| | | | |
|---|---|---|---|
| Inmate Name: | MANLEY, STEWART LOVELL | Sex: M   Race: WHITE | Reg #: 57026-019 |
| Date of Birth: | 02/21/1942 | Provider: Bandas, K. FNP-C | Facility: SEA |
| Encounter Date: | 10/16/2019 07:46 | | Unit: C01 |

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Atorvastatin Tablet | 10/16/2019 07:46 | 40MG Orally at bedtime x 180 day(s) |
| | Indication: Hyperlipidemia, mixed | | |
| | Acetaminophen 325 MG Tablet | 10/16/2019 07:46 | 650MG Orally every 4 hours x 180 day(s) |
| | Indication: History of arthritis | | |
| | Aspirin 81 MG Tablet (365 day) | 10/16/2019 07:46 | 81mg Orally - daily x 180 day(s) |
| | Indication: History of arthritis | | |
| | Cyanocobalamin inj | 10/16/2019 07:46 | 1000mcg Subcutaneously - daily x 6 day(s) Pill Line Only |
| | Indication: Other fatigue | | |
| | Metoprolol Tartrate Tablet | 10/16/2019 07:46 | 12.5mg Orally - Two Times a Day x 180 day(s) |
| | Indication: Other fatigue | | |
| | Cyanocobalamin Tablet | 10/16/2019 07:46 | 250mg Orally - daily x 180 day(s) |
| | Indication: Other fatigue | | |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 229324-SEA | Coal Tar Shampoo 1%, 180 ML | 10/16/2019 07:46 | Apply a small amount topically to the affected area(s) each day x 180 day(s) |
| | Indication: Psoriasis NOS | | |
| 229325-SEA | Dorzolamide HCL Ophth 2%, 10 ML Soln | 10/16/2019 07:46 | Instill one drop in both eyes three times daily x 180 day(s) |
| | Indication: Unspecified glaucoma | | |
| 229326-SEA | Fluticasone Prop 50mcg, 16ml Nasal spry | 10/16/2019 07:46 | Spray 2 puffs in each nostril daily x 180 day(s) |
| | Indication: Sinusitis (chronic), unspecified | | |
| 229329-SEA | Timolol Maleate Ophth Soln 0.5% (10 ML) | 10/16/2019 07:46 | Instill one drop in both eyes twice daily x 180 day(s) |
| | Indication: Unspecified glaucoma | | |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 229323-SEA | Atorvastatin 20 MG TAB | 10/16/2019 07:46 | *Take one tablet (20 MG) by mouth each day* |
| | Discontinue Type: When Pharmacy Processes | | |
| | Discontinue Reason: new order written | | |
| | Indication: | | |
| 229328-SEA | Naproxen 500 MG Tab | 10/16/2019 07:46 | *Take one tablet (500 MG) by mouth two times a day with food as needed for pain "Chronic Care Verified"* |
| | Discontinue Type: When Pharmacy Processes | | |
| | Discontinue Reason: new order written | | |

Generated 10/16/2019 08:09 by Bandas, K. FNP-C    Bureau of Prisons - SEA    Page 2 of 3

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANLEY, STEWART LOVELL | | Reg #: | 57026-019 |
| Date of Birth: | 02/21/1942 | Sex: M  Race: WHITE | Facility: | SEA |
| Encounter Date: | 10/11/2019 07:51 | Provider: Bandas, K. FNP-C | Unit: | C01 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**   Provider: Bandas, K. FNP-C

Chief Complaint: Other Problem

Subjective: Medical emergency called to building 7 as inmate had fallen and was bleeding from his head. Inmate reports that he tripped and fell but is unsure of what caused him to trip and fall. Inmate is oriented times 1, he is aware of where he is but gives an incorrect age, date and president.

Pain: No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/11/2019 | 07:40 SEA | 96.3 | 35.7 | | Bandas, K. FNP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/11/2019 | 07:40 SEA | 50 | | | Bandas, K. FNP-C |
| 10/11/2019 | 07:20 SEA | 48 | | | Bandas, K. FNP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/11/2019 | 07:40 SEA | 12 | Bandas, K. FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/11/2019 | 07:40 SEA | 153/70 | | | | Bandas, K. FNP-C |
| 10/11/2019 | 07:20 SEA | 165/79 | | | | Bandas, K. FNP-C |
| 10/11/2019 | 07:10 SEA | 189/92 | | | | Bandas, K. FNP-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/11/2019 | 07:40 SEA | 96 | | Bandas, K. FNP-C |

**Exam:**

**Skin**

  Wound

    Yes: Wounds present

  Trauma

    Yes: Swelling, Laceration, Ecchymosis

**Exam Comments**

Inmate Manley has one laceration to his forehead, one above his right eye and one on the bridge of his nose. Inmate is oriented time 1 at the beginning of the assessment, orientation improved to times 2 by 0750. EKG irregular with changes from previous EKG. Inmate will be sent to local hospital for further evaluation.

**ASSESSMENT:**

Generated 10/11/2019 08:08 by Bandas, K. FNP-C     Bureau of Prisons - SEA     Page 1 of 2

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANLEY, STEWART LOVELL | | Reg #: | 57026-019 |
| Date of Birth: | 02/21/1942 | Sex: M   Race: WHITE | Facility: | SEA |
| Note Date: | 07/24/2019 14:57 | Provider: Matewere, G. MD | Unit: | C01 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Matewere, G. MD

    Ataxia, confusion, incontinence, need to rule out normal pressure hydrocephalus

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 08/15/2019 | 08/15/2019 | Urgent | No | |

    **Subtype:**
        CT Scan, Onsite
    **Reason for Request:**
        CT of head with contrast : R/o normal pressure hydrocephalus in elderly male with incontinence, dementia symptoms and gait problems

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Matewere, G. MD on 07/24/2019 15:00