# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**UNITED STATES OF AMERICA**

v.

**STUART MANLEY**

**CRIMINAL CASE NO.
1:05-CR-00278-SCJ-AJB-1**

## ORDER

This matter is before the Court on its own initiative. The Court has learned through a Bureau of Prisons press release that Stuart Manley, Defendant in this matter, passed away at Federal Medical Center Devens on January 7, 2021. Press Release, Federal Bureau of Prisons, Inmate Death at FMC Devens (Jan. 8, 2021). Due to Mr. Manley's death, the Court will not further consider the pending motions at Doc. Nos. [78] and [79].

Thus, the Court **DENIES** Defendant's Motion for Appointment of Counsel (Doc. No. [78]) and Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. [79]). Furthermore, the Court **ORDERS** the Government to file a response with the Court by February 1, 2021, stating its

position on the seized property contemplated in Defendant's Motion for Return of Seized Property (Doc. No. [74]). Upon receipt of the Government's response, the Court will take Doc. Nos. [73] and [74] under further consideration.

**IT IS SO ORDERED** this 11th day of January, 2021.

s/Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**